**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

In re: **SHANEIKA D. PERRY, Debtor**                Case No.: 4:22-BK-12328T/G
                                                                                                 Chapter 13

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Bank OZK, a secured creditor and party in interest in this case, by and through its attorney, Kimberly D. Burnette, for its Objection to Confirmation of Chapter 13 Plan, states and alleges as follows:

1. Bank OZK holds a secured claim against Shaneika D. Perry (the "**Debtor**") on her real property located at 6516 Whippoorwill Lane, N. Little Rock, Arkansas 72117 in the amount of $65,494.30 as of the petition date. The secured claim constitutes a prior and paramount lien on the Debtor's primary residence. Bank OZK filed a Proof of Claim in this case on October 20, 2022 [Claim #6].

2. On August 25, 2022, the Debtor filed her Arkansas Chapter 13 Plan (the "**Plan**"), in which she proposes to pay Bank OZK monthly installment payments of $449.24 and no arrearages to be disbursed by the Trustee However, as shown in Bank OZK's Proof of Claim, Debtor's ongoing payment is $372.93 effective September 10, 2022 and she has arrearages in the amount of $610.16.

3. Accordingly, the Plan does not comply with the requirements of 11 U.S.C. § 1322(b)(5) and the Plan requirements since no arrearages are scheduled nor is a monthly arrearage payment.

4. In addition, the Debtor's Plan does not satisfy the requirements of 11 U.S.C. § 1325(a)(5)(A) and, therefore, cannot be confirmed.

5. Based upon the foregoing, Bank OZK hereby objects to confirmation of the Plan and requests that the Court set a hearing on its objection to confirmation.

**WHEREFORE**, Bank OZK, a secured creditor and party in interest in this case, prays for the following relief:

(a) that the Court deny confirmation of the Debtor's Plan filed on August 25, 2022;

(b) that the Court set this matter for hearing; and

(c) that Bank OZK be granted any and all additional relief to which it may be entitled and that this Court deems just and proper.

Respectfully submitted this 20th day of October, 2022.

**Kimberly D. Burnette**
Attorney at Law
P.O. Box 8811
Little Rock, Arkansas 72231-8811
Telephone (501) 978-2265
Facsimile (501) 320-4111


By: /s/ Kimberly D. Burnette
Kimberly D. Burnette (Ark. Bar No. 88077)

**Attorney for Bank OZK**

## CERTIFICATE OF SERVICE

This is to certify that I have on this 20th day of October, 2022, electronically filed the foregoing Objection to Confirmation of Chapter 13 Plan using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program: Debtor's attorney, Robert R. Danecki, and Trustee, Jack W. Gooding.

                                         /s/ Kimberly D. Burnette
                                         Kimberly D. Burnette